AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **CENTRAL DISTRICT OF CAL** on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>CV07-4211 SJO (Ex) | DATE FILED | U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|
| PLAINTIFF<br>PARALLAX GROUP INTERNATIONAL, LLC | | DEFENDANT<br>BJ'S WHOLESALE CLUB, INC., VENTURE PRODUCTS, LLC., AND DOES 1 THROUGH 20 |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | D532238 | 4/8/2004 | Parallax Group International, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☒ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| SEE ATTACHED |

| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK<br>VERNA HOGAN | DATE<br>2/17/09 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

JS-6

| | |
|---|---|
| 1 | Robert Fish (California State Bar No. 149771)<br>Mei Tsang (California State Bar No. 237959) |
| 2 | Fish & Associates, PC<br>2603 Main Street,. Suite 1050 |
| 3 | Irvine, California 92614-6232<br>Telephone: 949-253-0944 |
| 4 | Facsimile: 949-253-9069 |
| 5 | Attorneys for Plaintiff/Counterdefendant<br>PARALLAX GROUP INTERNATIONAL, LLC |
| 6 | |
| 7 | Paul A. Stewart (SBN 153,467)<br>pas@kmob.com |
|   | Lynda J. Zadra-Symes (SBN 156,511) |
| 8 | ljs@kmob.com<br>Jared C. Bunker (SBN 246,946) |
| 9 | jared.bunker@kmob.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 10 | 2040 Main Street<br>Fourteenth Floor |
| 11 | Irvine, CA 92614<br>Phone: (949) 760-0404 |
| 12 | Facsimile: (949) 760-9502 |
| 13 | Attorneys for Defendants/Counterclaimants<br>BJ'S WHOLESALE CLUB, INC, and |
| 14 | VENTURE PRODUCTS, LLC |

FILED
CLERK, U.S. DISTRICT COURT
JUL 3 0 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | PARALLAX GROUP INTERNATIONAL, LLC, | Civil Action No. CV07- 4211 SJO (Ex) |
| 19 | | Stipulated Dismissal And [Proposed] Order [Thereon] |
| 20 | Plaintiff, | |
| 21 | v. | Honorable S. James Otero |
| 22 | BJ'S WHOLESALE CLUB, INC.,<br>VENTURE PRODUCTS, LLC. | Trial Date: September 23, 2008 |
| 23 | Defendants. | |

-1-
Judgment On Consent

1       The parties Plaintiff, PARALLAX GROUP INTERNATIONAL, LLC ("Parallax")
2 through their counsel of record, Robert Fish and Mei Tsang of Fish & Associates, PC and
3 Defendant BJ'S WHOLESALE CLUB, INC. ("BJ's) and Defendant VENTURE
4 PRODUCTS, LLC ("Venture") through their counsel of record, Paul Stewart, Lynda
5 Zadra-Symes and Jared Bunker of Knobbe Martens, Olson & Bear, LLP have agreed to
6 to a settlement of the matters in issue between them, and to the entry of this Stipulated
7 Dismissal, it is hereby STIPULATED:

9     1.    This Court has jurisdiction over Plaintiff Parallax and Defendants Venture
10 Products and BJ's and over the subject matter in issue.

12     2.    This action is dismissed with prejudice, each party to bear its own costs,
13 disbursements, and attorneys fees.

15     3.    Parallax, BJ's and Venture Products agree to continuing jurisdiction of the
16 US District Court, Central District of California for resolution of all disputes arising from
17 the underlying subject matter of the current litigation, Case No CV07- 4211 SJO (Ex),
18 and for resolution of all disputes arising from the settlement agreement entered into by
19 Parallax, BJ's and Venture Products on July 18, 2008.

21     4.    Pursuant to the Stipulated Protective Order entered in this case on January
22 23, 2008, and as agreed in this paragraph, within sixty (60) days of entry of this Judgment
23 on Consent, Parallax, BJ's and Venture Products will return to each other any and all
24 documents and information produced to the other side as "CONFIDENTIAL
25 INFORMATION."

IT IS SO STIPULATED.

DATED: 7/29/2008

Robert D. Fish (SBN. 149,771)
Mei Tsang (SBN 237,959)
Counsel for Plaintiff/Counterdefendant,
PARALLAX GROUP
INTERNATIONAL, LLC

DATED: 7/29/2008

Paul A. Stewart (SBN 153,467)
Lynda J. Zadra-Symes (SBN 156,511)
Jared C. Bunker (SBN 246,946)
Counsel for Defendants/ Counter-claimants
BJ'S WHOLESALE CLUB, INC, and
VENTURE PRODUCTS, LLC

IT IS SO ORDERED:

DATED: July 30, 2008

The Honorable S. James Otero

United States District Judge

5483140
060608